**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION**

## UNCLAIMED FUNDS IN CHAPTER 13 CASES

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #:         05-34362
Debtor(s) Name:    JERRY L. SIZEMORE / GENEVA [NMN] SIZEMORE

Unclaimed Funds Check #:   11029575
Date Unclaimed Funds Check issued:      October 22, 2009

**Amount remitted to Unclaimed Funds - Case # 05-34362:         $2160.44**
Claim Number:       006-0
Court Claim Number:    6

Creditor Name and Address:

WORLD FINANCE
210 WEST HAMPTON AVE
MARYVILLE, TN  37801-

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN.  37901
(865) 524-4995